*In re* JAIME CASTRILLÓN RAMÍREZ.

*Número:* 5999           *Resuelto:* 4 de agosto de 1995

*Jaime Castrillón Ramírez, pro se.*

## RESOLUCIÓN

Mediante Opinión *Per Curiam* de 17 de noviembre de 1994 decretamos la suspensión de la notaría por el período de seis (6) meses del Lcdo. Jaime Castrillón Ramírez.

El 5 de julio de 1995, el licenciado Castrillón Ramírez presentó una Moción Solicitando Reinstalación en Carácter de Notario Público. Examinada la misma, *se le reinstala en el ejercicio de la notaría, sujeto al cumplimiento de las disposiciones de la Ley Notarial de Puerto Rico, específicamente lo dispuesto en el Art. 7 (4 L.P.R.A. sec. 2011). Además, se le apercibe contra futuros incumplimientos de la Ley Notarial de Puerto Rico.*

Lo acordó el Tribunal y certifica la señora Subsecretaria General.

(*Fdo.*) Carmen E. Cruz Rivera
*Subsecretaria General*